

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00660-CV

———————————————————

IN RE COLTON V. POWER, Relator

---

Original Proceeding
48th District Court of Tarrant County, Texas
Trial Court No. 048-362218-25

---

Before Bassel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for stay and real party in interest's response. The court is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for stay are denied.

Per Curiam

Delivered: December 11, 2025